UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION
200 EAST WALL, ROOM 222
MIDLAND, TEXAS 79701-5217

**WILLIAM G. PUTNICKI**
*CLERK OF COURT*

September 28, 2012

Jaime Ortega Urquidi
#53815-080
FCI Elkton
PO Box 10
Lisbon, Ohio 44432

    Re:    Jaime Ortega Urquidi v. U.S.A.
                Criminal Action MO:02-CR-096

Dear MR. Urquidi:

    This letter is to acknowledge receipt of your **Motion to Vacate Sentence** in the above listed criminal matter.

    Your pleading has a civil number attached in conjunction with the motion. The new civil case number is **MO:12-CV-101.** Please use **both civil and criminal numbers** on any correspondence or pleadings you file with regard to this matter.

    Any inquiries concerning the status of your motion should be directed to the Office of the Clerk rather than to the judicial officer to whom the case is referred.

    Additionally, when filing subsequent pleadings, you must serve them upon the defendant or, if appearance has been entered by counsel, upon his attorney. You must also include with the original and copy of the pleading to be filed with the Clerk of Court, a certificate of service stating that the true and correct copy of the pleading was mailed to the defendant or his counsel. If you wish to receive a file-marked copy of the pleading, you must submit an <u>**original and two copies**</u>, along with a self-addressed, stamped envelope.

    If you desire a copy of a previously filed document, you must submit a written request for the same, along with a search fee of $26.00. In addition, a fee of $.50/page will be charge for the copying of this pleading. A copy of the docket sheet for this case may be obtained by submitting the copying fee of $.50/page. All checks are to be made payable to **"Clerk, U.S. District Court"** and sent to the address listed above.

    Furthermore, you must keep the court informed of your current address throughout the pendency of the action. The Office of the Clerk will advise you when a determination has been made on your application.

                                         Sincerely Yours,

                                         WILLIAM G. PUTNICKI, Clerk

                                         /S/
                                         By: Deputy Clerk