UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  MO:02-CR-00096(1)-RAJ |
| | § | MO-12-CV-00101 |
| (1) JAIME URQUIDI-ORTEGA | § | |

**Order for Movant to Show Cause**

In Movant's §2255 under Ground Two, Movant claims his trial counsel failed to convey a plea offer to him, but fails to go into any detail about this. The Court now ORDERS Movant to answer the following questions:

1. How and when did you learn of the plea offer?
2. What was the nature of the plea offer you are now alleging? Be specific.
3. Did counsel not convey this particular plea offer or any plea offer?
4. Did you ever make it known to counsel you were willing to take a plea?
5. Would you have taken the plea offer had it been made to you at the time?

Movant is ordered by this Court to respond to this Order answering these questions within thirty (30) days of this Order. If Movant fails to respond to this Show Cause Order, this case will be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and failure to comply with the orders of this Court.

It is so ordered.

Signed this 3rd day of October, 2012.

_____
ROBERT JUNELL
UNITED STATES DISTRICT JUDGE