IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
APR - 1 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| JAIME ORTEGA URQUIDI, Movant, | § § § § | |
| v. | § § | MO:12-CV-101 MO:02-CR-096 |
| UNITED STATES OF AMERICA, Respondent. | § § § | |

### ORDER DIRECTING THE CLERK OF THE COURT TO MAIL ORDER REFERRING MOVANT'S § 2255 MOTION AND TO CORRECT CLERICAL ERROR

On September 28, 2012, Jaime Ortega-Urquidi ("Movant") filed a Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255. (Doc. 117). On January 7, 2013, the United States District Court referred Movant's Motion to the United States Magistrate Judge for the Midland/Odessa Division. (Doc. 124). However, on January 23, 2013, the Order referring Movant's Motion was returned to the Clerk of the Court as "Return to Sender" indicating that delivery had failed. (Doc. 125). Upon inspection of the envelope returned to this Court it is clear that return was most likely due to clerical error. Movant's Bureau of Prison (BOP) number is **53815-080**. (*Id.*). The envelope containing the Order listed Movant's BOP number as 52815-080. (*Id.*). The Clerk is **ORDERED** to mail this Order and a copy of the Order referring Movant's Motion under 28 U.S.C. § 2255 to the United States Magistrate Judge for the Midland/Odessa Division (Doc. 124) by certified mail to the following address:

> **Jamie Ortega Urquidi**
> **BOP # 53815-080**
> **Federal Correctional Institution Elkton**
> **P.O. Box. 10**
> **Lisbon, Ohio 44432**

The Clerk is also **ORDERED** to correct the criminal docket report in 7:02-CR-0096(1) to reflect Movant's accurate BOP number and to send all future correspondences to the above-styled address.

It is so **ORDERED**.

**SIGNED** on April 1, 2013.

_____
DAVID COUNTS
UNITED STATES MAGISTRATE JUDGE