MO:02.CR.096

**FILED**

APR 9 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☒ Agent   ☐ Addressee<br>B. Received by (*Printed Name*) J. Tcrlen   C. Date of Delivery 4/5/2013 |
| 1. Article Addressed to:<br><br>Jaime Ortega-Urquidi   #53815-080<br>FCI Elkton<br>PO Box 10<br>Lisbon, OH 44432 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7011 3500 0001 7376 2478 |

PS Form 3811, February 2004         Domestic Return Receipt         102595-02-M-1540