**FILED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

JUN 2 4 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

|  |  |  |
|---|---|---|
| JAIME ORTEGA-URQUIDI, | § | |
| Movant, | § | |
| | § | |
| | § | |
| v. | § | MO:12-CV-101 |
| | § | MO:02-CR-096 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |
| | § | |

## ORDER GRANTING MOVANT'S REQUEST FOR EXTENSION OF TIME TO REPLY TO GOVERNMENT'S RESPONSE TO MOVANT'S § 2255

BEFORE THE COURT is Movant's Motion for Extension of Time. (Doc. 135). After due consideration this motion shall be granted.

**IT IS THEREFORE ORDERED** that Movant's Motion for Extension of Time to reply to the Government's Response to Movant's 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person currently in Federal Custody is **GRANTED**. (Doc. 135).

Movant's reply must be filed within thirty (**30**) days of the entry of this Order. Additionally, Movant's reply is limited to 5 pages as per Local Court Rule CV-7(f)(3). It is also noted that no further extensions of time shall be granted to Movant or the Government in the above-numbered and styled cause.

It is so **ORDERED**.

**SIGNED** on June 24, 2013.

_____
DAVID COUNTS
UNITED STATES MAGISTRATE JUDGE