IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

FILED
JAN 1 4 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| JAIME URQUIDI-ORTEGA,<br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | No. MO:12-CV-101-RAJ-DC<br>No. MO:02-CR-096-RAJ-DC |

## ORDER TO PRODUCE

**JAIME URQUIDI-ORTEGA** is needed for a **hearing** in the above-captioned cause scheduled on the docket of this Court. **JAIME URQUIDI-ORTEGA** is currently in custody and incarcerated in the U.S. Bureau of Prisons, Federal Correctional Institution (FCI) Elkton, located at 8730 Scroggs Road, Lisbon, Ohio 44432. **JAIME URQUIDI-ORTEGA's** inmate number is as follows: **Register No. 53815-080**. The Court is of the opinion that an Order to Produce is necessary and should be issued to bring **JAIME URQUIDI-ORTEGA** before this Court on **Thursday, February 27, 2014, at 8:30 a.m.,** and there to remain in custody until after the hearing.

Accordingly, **IT IS ORDERED** that the **Warden of FCI Elkton** is commanded to produce the body of **JAIME URQUIDI-ORTEGA, No. 53815-080**, in the First Floor Courtroom, at the United States District Courthouse, 200 E. Wall Street, Midland, Texas, for the purpose of a hearing at the above date and time.

It is **FURTHER ORDERED** that the Clerk shall forward a copy of this order to the U.S. Marshals Service immediately.

It is so **ORDERED**.

Signed this 14th day of January, 2014.

_____
**DAVID COUNTS**
United States Magistrate Judge