AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

| United States of America | | **EXHIBIT AND WITNESS LIST** |
|---|---|---|
| vs. | § § § § § | Case Number: MO:02-CR-00096(1)-RAJ |
| (1) Jaime Urquidi-Ortega | | |

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| DAVID COUNTS | LATAWN WARSAW | JASON LEACH |
| Trial Date(s) | Court Reporter | Courtroom Deputy |
| 04/04/2014 | DIGITAL | Cristina Lerma |

| Plf No. | Def No. | Date Offered | Marked | Admitted | Descriptions of Exhibits* and Witnesses |
|---|---|---|---|---|---|
| | X | | | | JAIME ORTEGA-URQUIDI |
| X | | | | | H THOMAS HIRSCH |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.