IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | MO-02-CR-096(1) |
| ) | |
| **JAIME ORTEGA-URQUIDI,** ) | |
| aka **JAIME URQUIDI-ORTEGA** ) | |

**FILED**

JUN 26 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

## ORDER APPOINTING ATTORNEY
## TO REPRESENT THE DEFENDANT

Consistent with the rulings in Cause No. MO-12-CV-101, the undersigned judicial officer appoints Attorney E. Jason Leach to represent the Defendant pursuant to the Criminal Justice Act in the above-referenced cause.

It is so **ORDERED**.

Signed this 25th day of June, 2014.

_____
David Counts
U.S. Magistrate Judge